

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

November 14, 2023

**VIA EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Kyle Tsui*, 19 Mag. 5928

Dear Judge Krause:

      The Government respectfully requests that the Court unseal the complaint in *United States v. Kyle Tsui*, 19 Mag. 5928 (S.D.N.Y.), which was filed under seal on June 24, 2019. On November 13, 2023, upon motion of the Government, the Court previously unsealed the indictment and arrest warrant in the related criminal case *United States v. Kyle Tsui*, 20 Cr. 47 (S.D.N.Y.), in advance of an anticipated arraignment in the criminal case and in furtherance of the parties' discussions towards a pretrial disposition. For the same reasons, and to allow for the two related dockets to be merged, the Government now respectfully requests that the complaint in *United States v. Kyle Tsui*, 19 Mag. 5928 (S.D.N.Y.) be unsealed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      /s/ Benjamin Levander
      Qais Ghafary / Benjamin Levander
      Assistant United States Attorneys
      (914) 993-1930

**APPLICATION GRANTED.**

November 14, 2023

SO ORDERED.

*[signature: Andrew Krause]*

ANDREW E. KRAUSE
United States Magistrate Judge